No. D–1486. IN RE DISBARMENT OF COLLINS. It is ordered that Robert Frederick Collins, of New Orleans, La., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1487. IN RE DISBARMENT OF OJI. It is ordered that Walter Henry Obiorah Oji, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1488. IN RE DISBARMENT OF JONES. It is ordered that Ronald Lee Jones, of Tallahassee, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1489. IN RE DISBARMENT OF ISRAEL. It is ordered that William C. Israel, of Yonkers, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1490. IN RE DISBARMENT OF MCGEE. It is ordered that Robert Butler McGee, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1491. IN RE DISBARMENT OF KUKLA. It is ordered that Michael F. Kukla, of Crystal Lake, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1492. IN RE DISBARMENT OF WOHLFARTH. It is ordered that Robert Michael Wohlfarth, of Annapolis, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.